# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NAPIER<br><br>Plaintiff,<br><br>v.<br><br>BERRI FOODS, INC., a California corporation, dba Subway #64487; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:17-CV-01077-CJC-DFM<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Suzanne Napier ("Plaintiff") and BERRI FOODS, INC., the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 29, 2017

_____
UNITED STATES DISTRICT COURT JUDGE